**Fill in this information to identify the case:**

Debtor 1    Robert Michael Thomas

Debtor 2
(Spouse, if filing)    Susan Mary Thomas

United States Bankruptcy Court for the:   Eastern     District of   Michigan
                                                               (State)

Case number   18-47292-tjt

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust

Court claim no. (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account:    4422 ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice    11 / 03 / 2020

**New total payment:**
Principal, interest, and escrow, if any    $ 1,770.43

---

**Part 1:**    **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

      Current escrow payment: $ 263.09       New escrow payment: $ 235.13

---

**Part 2:**    **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

      Current interest rate: _____ %      New interest rate: _____ %

      Current principal and interest payment: $ _____    New principal and interest payment: $ _____

---

**Part 3:**    **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

      Reason for change: _____

      Current mortgage payment: $ _____      New mortgage payment: $ _____

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michelle Ghidotti

    Signature

Date  09 / 10 / 2020

Print:    Michelle Ghidotti

          First Name      Middle Name      Last Name

Title  AUTHORIZED  AGENT

Company    Ghidotti Berger, LLP

Address    1920 Old Tustin Ave

          Number        Street

    Santa Ana, CA 92705

          City        State    ZIP Code

Contact phone  (949) 427 _ 2010

Email  bknotifications@ghidottiberger.com

18-47292-tjt    Doc 106    Filed 09/10/20    Entered 09/10/20 17:58:54    Page 2 of 8

Analysis Date:  September 01, 2020

SUSAN THOMAS                                           Loan: ▬▬▬▬
ROBERT M THOMAS
67980 FOREST DR                       Property Address:
RICHMOND MI  48062                    67980 FOREST DRIVE
                                      RICHMOND, MI  48062

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Sept 2019 to Oct 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 03, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 1,535.30 | 1,535.30 |
| Escrow Payment: | 263.09 | 235.13 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,798.39 | $1,770.43 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 03, 2020 |
| Escrow Balance: | 3,049.54 |
| Anticipated Pmts to Escrow: | 263.09 |
| Anticipated Pmts from Escrow (-): | 2,667.73 |
| Anticipated Escrow Balance: | $644.90 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 2,841.08 | 2,402.50 |
| Sep 2019 | 226.54 | 263.09 | 2,614.53 | 2,667.73 | * City/Town Tax | 453.09 | (2.14) |
| Oct 2019 | 226.54 | 263.09 | | | * | 679.63 | 260.95 |
| Nov 2019 | 226.54 | 263.09 | | | * | 906.17 | 524.04 |
| Dec 2019 | 226.54 | 263.09 | | | * | 1,132.71 | 787.13 |
| Dec 2019 | | | | 105.40 | * City/Town Tax | 1,132.71 | 681.73 |
| Jan 2020 | 226.54 | 263.09 | | | * | 1,359.25 | 944.82 |
| Feb 2020 | 226.54 | 263.09 | 103.98 | | * City/Town Tax | 1,481.81 | 1,207.91 |
| Mar 2020 | 226.54 | | | | * | 1,708.35 | 1,207.91 |
| Apr 2020 | 226.54 | | | | * | 1,934.89 | 1,207.91 |
| May 2020 | 226.54 | 789.27 | | | * | 2,161.43 | 1,997.18 |
| Jun 2020 | 226.54 | 263.09 | | | * | 2,387.97 | 2,260.27 |
| Jul 2020 | 226.54 | 263.09 | | | * | 2,614.51 | 2,523.36 |
| Aug 2020 | 226.54 | 526.18 | | | * | 2,841.05 | 3,049.54 |
| | | | | | Anticipated Transactions | 2,841.05 | 3,049.54 |
| Sep 2020 | | | | 2,667.73 | City/Town Tax | | 381.81 |
| Oct 2020 | | 263.09 | | | | | 644.90 |
| | $2,718.48 | $3,683.26 | $2,718.51 | $5,440.86 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 2,718.51.  Under Federal law, your lowest monthly balance should not have exceeded 453.09 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

silent on this issue.

Analysis Date:   September 01, 2020

SUSAN THOMAS          Loan: ▮▮▮▮▮▮

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 644.90 | 693.33 |
| Nov 2020 | 231.09 | | | 875.99 | 924.42 |
| Dec 2020 | 231.09 | 105.40 | City/Town Tax | 1,001.68 | 1,050.11 |
| Jan 2021 | 231.09 | | | 1,232.77 | 1,281.20 |
| Feb 2021 | 231.09 | | | 1,463.86 | 1,512.29 |
| Mar 2021 | 231.09 | | | 1,694.95 | 1,743.38 |
| Apr 2021 | 231.09 | | | 1,926.04 | 1,974.47 |
| May 2021 | 231.09 | | | 2,157.13 | 2,205.56 |
| Jun 2021 | 231.09 | | | 2,388.22 | 2,436.65 |
| Jul 2021 | 231.09 | | | 2,619.31 | 2,667.74 |
| Aug 2021 | 231.09 | | | 2,850.40 | 2,898.83 |
| Sep 2021 | 231.09 | 2,667.73 | City/Town Tax | 413.76 | 462.19 |
| Oct 2021 | 231.09 | | | 644.85 | 693.28 |
| | $2,773.08 | $2,773.13 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 462.19.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 462.19 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 644.90.  Your starting balance (escrow balance required) according to this analysis should be $693.33.  This means you have a shortage of 48.43. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 2,773.13.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| | |
|---|---:|
| Unadjusted Escrow Payment | 231.09 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 4.04 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $235.13 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,766.39 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN (DETROIT)

1
2
3

In Re: Robert Michael Thomas and Susan Mary )     Case No.: 18-47292-tjt
Thomas                                       )
                                             )     CHAPTER 13
                                             )
                                             )     **CERTIFICATE OF SERVICE**
       Debtor.                               )
                                             )
                                             )
                                             )
                                             )
                                             )
_____ )

4
5
6
7
8
9
10
11
12
13
14

## CERTIFICATE OF SERVICE

On __9/10/2020__, I served the foregoing documents described as NOTICE OF

MORTGAGE PAYMENT CHANGE on the following individuals by electronic means

thorugh the Court's ECF program:

DEBTOR'S COUNSEL
Edward J. Gudeman
ejgudeman@gudemanlaw.com

DEBTOR'S COUNSEL
Brian Ashley Rookard
brookard@gudemanlaw.com

**I declare under penalty of perjury under the laws of the United States of America**

**that the foregoing is true and correct.**

/s/ Marlen Gomez
Marlen Gomez

///
///
///

1

CERTIFICATE OF SERVICE

On    9/10/2020  I served the foregoing documents described as NOTICE OF

MORTGAGE PAYMENT CHANGE on the following individuals by depositing true copies

thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with

postage paid, addressed as follows:

DEBTOR
Robert Michael Thomas
67980 Forest
Richmond, MI 48062

JOINT DEBTOR
Susan Mary Thomas
67980 Forest
Richmond, MI 48062

TRUSTEE
Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

**I declare under penalty of perjury under the laws of the United States of America**

**that the foregoing is true and correct.**

/s/ Marlen Gomez
Marlen Gomez